UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Marcus Green,

                Petitioner,                **ORDER**

    -against-                                15 Civ. 2825 (VB)(AEK)

Letitia James,[1]

                Respondent.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    <u>Pro Se</u> Petitioner Marcus Green filed a petition for a writ of habeas corpus challenging his conviction in New York State court for multiple offenses. At the time he initiated this case, Petitioner was incarcerated at the Elmira Correctional facility. *See* ECF. No. 1. In June 2017, Petitioner sent a letter to the Court to report that he was then housed at the Green Haven Correctional Facility, *see* ECF No. 27, and in July 9, 2018, Petitioner notified the Court that he had moved to the Clinton Correctional Facility, *see* ECF No. 30. As of the date of this Order, the docket sheet in this matter lists the Clinton Correctional Facility as Petitioner's current address.

    Recent communications from Petitioner appear to have been sent from other New York State prison locations. *See* ECF No. 32 (August 2020 letter with return address of Upstate Correctional Facility); ECF No. 33 (September 2020 letter with return address of Southport Correctional Facility). Moreover, the New York State Department of Corrections and Community Supervision Inmate Lookup website (http://nysdoccslookup.doccs.ny.gov/) indicates

---

[1] Letitia James, who became the New York State Attorney General on January 1, 2019, is automatically substituted herein as Respondent for originally named Respondent Eric T. Schneiderman pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

that as of the date of this Order, Petitioner is currently housed at the Auburn Correctional Facility.  *See* Ex. 1 (attached hereto).

All parties are required to keep the Court apprised of their current addresses; this is particularly important for *pro se* litigants who are receiving notification of court filings by mail. Indeed, Petitioner appears to be aware of this, given that he has submitted two address updates to the Court during the pendency of this case.  It appears, however, that the current address listed on the docket sheet may be incorrect.

Particularly given the age of this case, to attempt to ensure that Petitioner timely receives a copy of this Court's Report and Recommendation, ECF No. 36, and other recent items docketed in this matter, chambers staff will mail a copy of the Report and Recommendation, copies of certain cases cited in the Report and Recommendation, *see* ECF No. 36 at 14 n.14, a copy of the order entered on January 7, 2021, ECF No. 35, and a copy of this order to Petitioner's attention at both the Clinton Correctional Facility address listed on the docket and at the Auburn Correctional Facility (P.O. Box 618, Auburn, NY 13024) based on the results of the search of the Inmate Lookup website.

Petitioner is directed to promptly submit a letter to the Court confirming his correct address so that the docket sheet can be updated, if necessary.  If Petitioner's address on the docket is not corrected, there is a substantial risk that Petitioner will not receive future communications from the Court in this matter.

Dated: January 12, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Department of Corrections and Community Supervision

Visitors › *Inmate Lookup*

# Inmate Lookup

## Inmate Information

[Inmate Information Data Definitions](#) are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

| Identifying and Location Information<br>As of 01/12/21 ||
|---|---|
| DIN (Department Identification Number) | 10A3156 |
| Inmate Name | GREEN, MARCUS |
| Sex | MALE |
| Date of Birth | 12/14/1977 |
| Race / Ethnicity | BLACK |
| Custody Status | IN CUSTODY |
| Housing / Releasing Facility | AUBURN |
| Date Received (Original) | 06/25/2010 |
| Date Received (Current) | 06/25/2010 |
| Admission Type | NEW COMMITMENT |
| County of Commitment | WESTCHESTER |

Latest Release Date / Type (Released Inmates Only)

**Crimes of Conviction**
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
As of 01/12/21

| Crime | Class |
|---|---|
| BURGLARY 2ND SUB 1 | C |
| RAPE 1ST | B |
| UNLAW IMPRISONMENT 1ST | E |
| | |

**Sentence Terms and Release Dates**
Under certain circumstances, an inmate may be released prior to serving his or her minimum term and before the earliest release date shown for the inmate.
As of 01/12/21

| | |
|---|---|
| Aggregate Minimum Sentence | 0017 Years, 01 Months, 18 Days |
| Aggregate Maximum Sentence | 0020 Years, 00 Months, 00 Days |
| Earliest Release Date | 04/16/2026 |
| Earliest Release Type | PAROLE ELIGIBILITY DATE |
| Parole Hearing Date | 12/2025 |
| Parole Hearing Type | INITIAL RELEASE APPEARANCE |
| Parole Eligibility Date | 04/16/2026 |
| Conditional Release Date | 04/16/2026 |
| Maximum Expiration Date | 02/28/2029 |
| Maximum Expiration Date for Parole Supervision | |

| | |
|---|---|
| Post Release Supervision Maximum Expiration Date | |
| Parole Board Discharge Date | |

**Department of Corrections and Community Supervision**

**Accessibility**    **Contact Us**    **Disclaimer**    **Language Access**    **Privacy Policy**

☐    ☐    ☐