<u>MEMORANDUM ENDORSEMENT</u>

<u>Green v. Schneiderman</u>,
15 CV 2825 (VB)

      On January 25, 2021, the Court received a letter from petitioner, proceeding <u>pro se</u> and <u>in forma pauperis</u>. (Doc. #38). Petitioner requests an extension to file objections to the Report & Recommendation. (Doc. #36).

      Petitioner's application is GRANTED. Petitioner shall file any objections to the Report & Recommendation by **March 31, 2021**.

      The Court also notes that petitioner's letter was mailed from an address different than the one listed on the docket. The Court reminds petitioner to update the Court in writing as to any change to his address.

      The Clerk is directed to update petitioner's address on the docket to:

> Marcus Green, DIN #10-A-3156
> Auburn Correctional Facility
> P.O. Box 618
> Auburn, NY 13024

      Chambers will mail a copy of this Order to petitioner at the address above.

Dated: January 26, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge