# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MARCUS GREEN,

                    Plaintiff,                  15 **CIVIL** 2825 (VB)

      -against-                                   **<u>JUDGMENT</u>**

LETITIA JAMES,

                    Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 21, 2021, the Court has adopted the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
        June 22, 2021

                                                       **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**    *K. Mango*

                                                        **Deputy Clerk**