UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCUS GREEN,

          Petitioner,

v.

LETITIA JAMES,

          Respondent.
--------------------------------------------------------------x

**ORDER**

15 CV 2825 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021

    On June 30, 2021, petitioner filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal. (Docs. ##43, 43-1).

    Petitioner's motion for leave to proceed in forma pauperis on appeal is DENIED. In its June 21, 2021, Memorandum Opinion and Order adopting the Report and Recommendation of Magistrate Judge Andrew E. Krause, the Court certified, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from its order would not be taken in good faith, and therefore in forma pauperis status was denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Petitioner has provided no reason or argument for why the Court should reconsider that decision. Accordingly, petitioner's motion for leave to proceed in forma pauperis on appeal is DENIED.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 2, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge